**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

ROSCOE STETTEN,
on his own behalf and
others similarly situated,

       Plaintiff,                      Case No. 1:08-CV-117-SPM-AK

vs.

A-1 AUTO REPAIRS OF
ALACHUA, INC.,
a Florida Corporation,

       Defendant.
_____/

**ORDER EXTENDING TIME TO FILE RESPONSE**

Upon consideration of Defendant's unopposed "Defendant's Agreed Motion for Enlargement of Time to Serve Answer and Supporting Memorandum of Law" (doc. 5), it is hereby ORDERED AND ADJUDGED as follows:

1. The motion for enlargement of time (doc. 5) is **granted**.

2. Defendant shall have up to and including **Monday, June 30, 2008** to file a response.

DONE AND ORDERED this 18th day of June, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge