**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ROSCOE STETTEN,
on his own behalf and
others similarly situated,

       Plaintiff,                    Case No. 1:08-CV-117-SPM-AK

vs.

A-1 AUTO REPAIRS OF
ALACHUA, INC.
a Florida Corporation,

       Defendant.
_____/

## ORDER DISMISSING CASE

       Upon Consideration, the parties' "Joint Motion for Approval of Settlement" (doc. 11) is ***granted***.  Pursuant to Northern District of Florida Rule 16.2 this matter is hereby ***dismissed with prejudice***.  However, the Court will retain jurisdiction for a period of sixty (60) days during which time either party may reopen this case for good cause shown.

       SO ORDERED this thirtieth day of September, 2008.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge